## Commonwealth ex rel. Heacock, Appellant, *v.* Myers.

Submitted September 13, 1965. *William M. Heacock,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick,*

*Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.